**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

AARON CEDRIC LONDON,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　)
　　　　　　　　　　　　　　　)　　Civil Action NO. 07-10 Erie
　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
JONATHAN C. MINOR, et al.,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Respondents.　　　)

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on January 23, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 5, 2007, recommended that the Petitioner's motion for leave to proceed *in forma pauperis* be denied.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail at Allenwood USP, where he is incarcerated.  Objections were filed by Petitioner on February 20, 2007.  After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 19th day of March, 2007;

IT IS HEREBY ORDERED that the Petitioner's Motion [1] for Leave to Proceed *in forma pauperis* is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, dated February 5, 2007 is adopted as the opinion of the Court.

　　　　　　　　　　　　　　　/s　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　United States District Judge

cm:　All parties of record.
　　　Susan Paradise Baxter
　　　U.S. Magistrate Judge